# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1917 | **DATE** | 10/22/2008 |
| **CASE TITLE** | Zessar vs. Helander et al., | | |

**DOCKET ENTRY TEXT**

This court's judgment entered 6/11/07 is hereby vacated and remanded to dismiss Zessar's challenge to the pre-amendment Election Code as moot. Each party to bear their own costs.

    /s/David H. Coar
    David H. Coar, U.S. District Judge

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | air |
|---|---|---|